## HEADRICK v. WISEHART.

From the Henry Circuit Court.

*J. Brown* and *R. L. Polk,* for appellant.

*M. L. Bundy, M. E. Forkner,* and *E. H. Bundy,* for appellee.

Long *v.* Miller *et ux.*

BUSKIRK, C. J.—This is the second appearance of this cause in this court. It is reported in 41 Ind. 87. It is conceded by counsel for appellee that the judgment will have to be reversed for the failure of the proof as to the amount of the taxes paid. We agree with counsel that the judgment must be reversed for the reason stated. That being the case, we do not think we should consider and decide the question which is so ably discussed by counsel.

The judgment is reversed, with costs.